ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEXTER WILLIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 310-094 |
| LA'KEISHA HAWKINS, Correctional Officer, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims against Johnson State Prison and his claim that he was denied materials needed to file a grievance are **DISMISSED**.

SO ORDERED this 3rd day of March, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE