ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 FEB -3 A 11: 32
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEXTER WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-094 |
| | ) | |
| LA'KEISHA HAWKINS, Correctional Officer, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff, an inmate at Hays State Prison in Trion, Georgia, brought the above-captioned case pursuant to 42 U.S.C. § 1983.[1] The case is now before the Court on the "Consent Motion to Dismiss" filed on December 19, 2011. (Doc. no. 18.) In that motion, Defendant shows that during Plaintiff's deposition, he stated on the record that he wishes to dismiss this case. (Id., Ex. A., pp. 5-6.) Plaintiff stated that he decided to dismiss his case "of [his] own free will" and that no one threatened him, bribed him, or asked him to dismiss the case. (Id.) Defense counsel informed Plaintiff on the record that he would proceed to file a motion to dismiss this case based on Plaintiff's testimony, to which Plaintiff voiced no objection. (Id. at 5.)

In an Order issued on January 9, 2012, the Court found that Plaintiff had expressed

---

[1] At the time relevant to the claims alleged in this case, Plaintiff was incarcerated at Johnson State Prison in Wrightsville, Georgia.

his desire to voluntarily dismiss this action. (Doc. no. 19.) However, because it was not clear whether Plaintiff wished to dismiss his case with or without prejudice, the Court directed Plaintiff to respond to this Order by informing the Court whether he wished to dismiss his case with prejudice by January 23, 2012. In addition, the Court warned Plaintiff that if he did not respond within the allotted time, it would presume that he desires to have this case voluntarily dismissed and would recommend that this action be dismissed with prejudice. (Id.) Plaintiff failed to respond. Therefore, the Court **REPORTS** and **RECOMMENDS** that the instant motion to dismiss be **GRANTED** (doc. no. 18) and that this case be **DISMISSED** with prejudice and **CLOSED**.

SO REPORTED and RECOMMENDED this 3rd day of February, 2012, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE